**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00253-CR**
_____

**CODEY PAUL BARNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-06-07983-CR**
_____

**MEMORANDUM OPINION**

Codey Paul Barnes[1] appealed from a sentence, which the court pronounced on September 18, 2020. The notice of appeal that Barnes filed in the trial court showed he filed the appeal on November 5, 2020, a date more than thirty days from the date the trial court sentenced him, which is beyond the time in which he could have requested an extension in which he could have filed a timely appeal. And the

_____

[1]Barnes' first name is spelled "Cody" on the notice of appeal.

1

record does not demonstrate that Barnes qualifies for the extended deadlines since it fails to show he moved for a new trial.

On November 9, 2020, we notified the parties that Barnes' notice of appeal did not appear to have been timely filed. Barnes did not respond to the notice. We find Barnes did not file a timely notice of appeal. *See* Tex. R. App. P. 26.2. He also did not file a timely request to extend the appellate deadlines pursuant to Rule 26.3. Tex. R. App. P. 26.3. It also does not appear that Barnes obtained permission from the Court of Criminal Appeals to file an out-of-time appeal.

We find the Court is without jurisdiction to entertain Barnes' appeal. For that reason, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 29, 2020
Opinion Delivered December 30, 2020
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

2